IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ NILDA LOPEZ REYES     *     CASE NO. 09-04042-ESL

DEBTOR     *     CHAPTER 13

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

    NOW COMES, **LUZ NILDA LOPEZ REYES** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

    1. On May 19, 2009, debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §1301 et seq., in the above captioned case.

    2. The debtor respectfully requests a voluntary dismissal of her bankruptcy case.

    3. The debtor has no prior cases, and no prior conversions.

    **WHEREFORE,** debtor in the above captioned case very respectfully requests from this Honorable Court to dismiss his bankruptcy case.

    **IT IS HEREBY CERTIFIED,** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants and debtor, Luz N. Lopez Reyes; and to all creditors and parties in interest in the present case.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this ___5___ day of April, 2010.

    /s/ *Roberto Figueroa Carrasquillo*
    ROBERTO FIGUEROA CARRASQUILLO
    USDC 203614
    ATTORNEY FOR PETITIONER
    PO BOX 193677
    SAN JUAN PR 00919-3677
    TEL (787) 744-7699 FAX 746-5294

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones.

Firma: _[signature]_     Fecha: 4/5/2010
Luz Nilda Lopez Reyes

LOPEZ REYES, LUZ NILDA
HC 4 BOX 8236
AGUAS BUENAS, PR  00703-8808

MARIO DEPARTMENT
C-11 AVE JOSE VILLARES
CAGUAS, PR  00725

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

POPULAR MORTGAGE
PO BOX 364445
SAN JUAN, PR  00936-4445

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR  00936-4745

BORINQUEN MEMORIAL
BOX 1148
CAGUAS, PR  00726

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD  21076

COOP A/C AGUAS BUENAS
PO BOX 5
AGUAS BUENAS, PR  00703-0005

FEMA
US DEPARTMENT OF HOMELAND SECURITY
PO BOX 800
MT WEATHER, VA  22611-0800

LADY OF AMERICA
PLAZA DORAL LOCAL #2
CARR. #1 KM 56.1 BO. MONTELLANOS
CAYEY, PR  00736

LVNV FUNDING
1720 N ASHLAND AVE STE 101
CHICAGO, IL  60622