IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUZ NILDA LOPEZ REYES

XXX-XX-3867

Debtor(s)

CASE NO. 09-04042 ESL

Chapter 13

FILED & ENTERED ON 04/06/2010

## ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor (see docket entry #28), it is now

ORDERED, ADJUDGED and DECREED that the instant case be and is hereby dismissed; and it is further

ORDERED, ADJUDGED and DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 06 day of April, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All Creditors